In re:                                                          Case No. 17-00300-RNO
William David Herman                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 2          Date Rcvd: Mar 13, 2017
                             Form ID: ntcnfhrg       Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.

```
db              +William David Herman,    1857 Orange Street,    York, PA 17404-5225
4877530         +Alltran Financial, LP,    PO Box 4043,    Concord, CA 94524-4043
4893788          American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
4877531         +Ameritox, LTD,    PO Box 402166,    Atlanta, GA 30384-2166
4877532         +Amex,  Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
4877533         +Applied Card Bank,    PO Box 5165,    400 White Clay Center Dr,    Newark, DE 19711-5468
4877534         +Barclays Bank Delaware,    100 South West Street,    Wilmington, DE 19801-5015
4877535         +Belden Jewelers/Sterling Jewelers,    Attn: Bankruptcy,    PO Box 1799,    Akron, OH 44309-1799
4877538         ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas,    200 Civic Center Drive,    Columbus, OH 43215)
4877536         +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
4877537         +Central Credit Services, LLC,    20 Corporate Hills Drive,    Saint Charles, MO 63301-3749
4877539         +Commonwealth of Pennsylvania,    45 North George Street,    York, PA 17401-1240
4877540          First Premier,    601 South Minneapolis Avenue,    Sioux Falls, SD 57104
4877541         +HD/Mattress Warehouse,    c/o Encore Receivables Management,,    PO Box 3330,
                  Olathe, KS 66063-3330
4877542         +Lori Slow,    183 South HJighland Avenue, Apt 2,    York, PA 17404-5638
4877543         +Mariner Finance, LLC,    8211 Town Center Dr,    Baltimore, MD 21236-5904
4877545         +Met Ed,    Post Office Box 3687,    Akron, OH 44309-3687
4877546         +Monarch Recovery Management, Inc.,    PO Box 21089,    Philadelphia, PA 19114-0589
4877547         +New Insights II, Inc.,    716 State Street,    Lemoyne, PA 17043-1536
4881328          Nissan,    POB 660366,    Dallas, TX 75266-0366
4877548         +Nissan Motor Acceptance Corp,    Nmac/Attn: Bankruptcy,    PO Box 660360,    Dallas, TX 75266-0360
4877549         +Nissan Motor Acceptance Corp.,    PO Box 742657,    Cincinnati, OH 45274-2657
4877550         +NorthStar Location Services, LLC,    4285 Genesee Street,    Buffalo, NY 14225-1943
4877529          PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                  Harrisburg, PA 17128-0431
4877552         +Propser Funding, LLC,    221 Main Street, Suite 300,    San Francisco, CA 94105-1909
4877553         +Regency Finance Compan,    3350 Paxton St Ste E,    Harrisburg, PA 17111-1476
4877555         +Scott Harper, Esquire,    1701 West Market Street,    York, PA 17404-5465
4877558         +Synchrony Bank/Old Navy,    c/o AlliedInterstate,    PO Box 361445,    Columbus, OH 43236-1445
4877562         ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
4877563         +TRAC/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
4877560         +The York Water Company,    Box 15089,    130 East Market Street,    York, PA 17401-1219
4886765         +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
4877561         +Toyota Motor Finance,    PO Box 8026,    Cedar Rapids, IA 52408-8026
4877564         +W.Y. Borough,    c/o Santander Bank,    PO Box 12907,    Philadelphia, PA 19176-0907
4877566         +WellSpan Health,    PO Box 742641,    Cincinnati, OH 45274-2641
4877565         +Wells Fargo Bank,    Mac-F8235-02f,    PO Box 10438,    DesMoines, IA 50306-0438
4877567         +York County Adult Probation,    45 North George Street,    York, PA 17401-1240
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4877528          E-mail/Text: cio.bncmail@irs.gov Mar 13 2017 19:02:32    Internal Revenue Service,    POB 7346,
                  Philadelphia, PA 19101-7346
4877544         +E-mail/Text: bkr@cardworks.com Mar 13 2017 19:02:28    Merrick Bank Corp,    PO Box 9201,
                  Old Bethpage, NY 11804-9001
4877551         +Fax: 407-737-5634 Mar 13 2017 19:17:35    Ocwen Loan Servicing Llc,    Attn: Research Dept,
                  1661 Worthintong Rd Ste 100,    West Palm Beach, FL 33409-6493
4880716          E-mail/Text: bnc-quantum@quantum3group.com Mar 13 2017 19:02:39
                  Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
4888515         +E-mail/Text: n.miller@santander.us Mar 13 2017 19:03:04    Santander Bank, N.A.,
                  601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3544
4877556         +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 19:10:13    Syncb/HH Gregg,    PO Box 965036,
                  Orlando, FL 32896-5036
4877557         +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 19:10:13    Synchrony Bank/Lowes,
                  PO Box 965064,    Orlando, FL 32896-5064
4877559         +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2017 19:10:04    Synchrony Bank/Walmart,
                  PO Box 965064,    Orlando, FL 32896-5064
                                                                                          TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4877554          Santander Bank N.A.,    REMOVED PER ENTRY 12

                                                                     TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Gary J Imblum   on behalf of Debtor William David Herman gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          James  Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| William David Herman<br>aka Bill D. Herman<br>Debtor(s) | Chapter<br><br>Case No. | 13<br><br>1:17−bk−00300−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 12, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: MMchugh |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 13, 2017 |