UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM DAVID HERMAN : CHAPTER 13
        Debtor(s) :
         :
    CHARLES J. DEHART, III :
    STANDING CHAPTER 13 TRUSTEE :
         :
        vs. :
         :
    WILLIAM DAVID HERMAN :
        Respondent(s) : CASE NO. 1-17-bk-00300

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this 9th day of March, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

      a. Residential real estate

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                                Respectfully submitted:

                              /s/Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

# CERTIFICATE OF SERVICE

    AND NOW, this 27th day of March, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire  
4615 Derry Street  
Harrisburg, PA 17111

                /s/Deborah A. Behney  
                Office of Charles J. DeHart, III  
                Standing Chapter 13 Trustee