IMBLUM LAW OFFICES, P.C.

4615 DERRY STREET
HARRISBURG, PA 17111

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

August 14, 2017

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: William Herman
Chapter 13 Bankruptcy Case No. 1-17-00300

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The new address is:

LORI ANNE SLOW
1857 ORANGE STREET
YORK PA 17404-5225

The Creditor's previous address was as follows:

LORI ANNE SLOW
183 SOUTH HIGHLAND AVE APT 2
YORK PA 17404-5638

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm