# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

August 21, 2017

**Via ECF Only**

TO:    US BANKRUPTCY COURT - CLERK

      RE:    William Herman
            Chapter 13 Bankruptcy Case No. 1-17-00300

Dear Clerk:

      Please be advised that the address for the following Creditor has changed.  The new address is:

LORIE ANN SLOW
186 COVENTRY AT WATERFORD
YORK PA 17402-9293

      The Creditor's previous address was as follows:

LORIE ANN SLOW
1857 ORANGE STREET
YORK PA 17404-5225

            Very truly yours,

            IMBLUM LAW OFFICES,  P.C.

            Gary J. Imblum

GJI/srm