IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| WILLIAM DAVID HERMAN | : | CASE NO. 1-17-00300-HWV |
| aka BILL D. HERMAN | : | |
|     Debtor | : | |
| | : | CHAPTER 13 |
| WELLS FARGO BANK, NATIONAL | : | |
| ASSOCIATION, AS TRUSTEE UNDER | : | |
| POOLING AND SERVICING AGREEMENT | : | |
| DATED AS OF OCTOBER 1, 2006 | : | |
| SECURITIZED ASSET BACKED | : | |
| RECEIVABLES LLC TRUST 2006-WM2 | : | |
| MORTGAGE PASS-THROUGH | : | |
| CERTIFICATES, SERIES 2006-WM2 | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM DAVID HERMAN | : | |
| aka BILL D. HERMAN | : | |
| DEBORAH A. HERMAN (Non-filing Co-Debtor): | | |
|     Respondents | : | |

## DEBTOR'S RESPONSE TO MOTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WM2 FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY UNDER §362 and §1301 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

**AND NOW,** comes Debtor, William David Herman, by and through his attorney, Gary J. Imblum, and respectfully responds as follows:

1. Admitted in part and denied in part. Debtor has no knowledge as to the identity of the Movant. Strict proof is demanded.

2. Admitted.

3. Admitted in part and denied in part. The Mortgage speaks for itself. Strict proof is demanded.

4. Admitted in part and denied in part. See response to paragraph 5.

5. Admitted in part and denied in part. Debtor made one payment the week of December 10, 2018. After receiving credit for same, Debtor believes he is, at most, one payment behind post-petition. Strict proof is demanded as to the amount of the arrears. Further, Movant is not entitled to fees and costs since the amount of Movant's claim exceeds the fair market value of the property. 11 U.S.C. § 506(b), United States v. Timbers of Inwood Forest Assocs., Ltd., 484 U.S. 365 (1988).

6. Admitted in part and denied in part. It is denied that there are adequate grounds for relief. See response to paragraph 5.

7. Denied. See response to paragraph 5.

8. Denied. See response to paragraph 5.

9. Denied. Movant should not communicate directly with Debtor. All communications should go through Debtor's counsel.

10. Admitted in part and denied in part. Debtor has no knowledge as to whether Movant is the proper party to bring this action. Strict proof is demanded.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 12-20-18

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WM2

FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY UNDER §362 and §1301 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001 upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

CHARLES J DEHART III ESQUIRE            dehartstaff@pamd13trustee.com
CHAPTER 13 TRUSTEE
VIA E-SERVICE

THOMAS SONG, ESQUIRE
PHELAN HALLINAN DIAMOND & JONES, LLP
COUNSEL FOR MOVANT
VIA E-SERVICE

                                           IMBLUM LAW OFFICE, P.C.

                                           *Carol V. Shay*
                                           Carol V. Shay, Paralegal
                                           4615 Derry Street
                                           Harrisburg, PA 17111
                                           (717) 238-5250
                                           Fax No. (717) 558-8990
                                           gary.imblum@imblumlaw.com
                                           For Debtor

DATED: 12/20/18