**IMBLUM LAW OFFICES, P.C.**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 25, 2019

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: William Herman
Chapter 13 Bankruptcy Case No. 1-17-00300

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

REGENCY FINANCE COMPANY
3868 UNION DEPOSIT RD
HARRISBURG PA 17109-5919

The Creditor's <u>previous</u> address was as follows:

REGENCY FINANCE COMPANY
3350 PAXTON ST STE E
HARRISBURG PA 17111-1476

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm