UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM DAVID HERMAN<br>   Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>   Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| WILLIAM DAVID HERMAN<br>   Respondent(s) | :<br>: CASE NO. 1-17-bk-00300 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of May, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about April 15, 2019 be withdrawn, as all issues have been resolved.

            Respectfully submitted:

            /s/Charles J. DeHart, III
            Standing Chapter 13 Trustee
            8125 Adams Drive, Suite A
            Hummelstown, PA 17036
            (717) 566-6097

CERTIFICATE OF SERVICE

  AND NOW, this 21st day of May, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee2