UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

William David Herman aka Bill D Herman
        Debtor

Case No.: 17-00300
Adversary No.: 
Chapter: 13
Judge: Henry W Van Eck

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New Payment Address:

PO Box 847051
Boston, MA 02284-7051

Date: 11/14/2021

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re: William David Herman aka Bill D Herman

Chapter #13
Case No.17-00300
Honorable Henry W Van Eck

Debtor

_____/

## CERTIFICATE OF SERVICE

I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on November 14, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

Signed under the penalties of perjury, this 14th day of November 2021.

*Melissa A. Epler*
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(484) 512-3552
Email: DeftBkr@santander.us

<u>VIA US MAIL</u>
William David Herman
1857 Orange St
York, PA 17404

<u>VIA ECF</u>
Jack N Zaharopoulos
8125 Adams Dr Ste A
Hummelstown, PA 17036

Gary J Imblum
Gary.imblum@imblumlaw.com