UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    WILLIAM DAVID HERMAN                  Case No.: 1-17-00300-HWV
                                                                Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

Creditor Name:                    PHH MORTGAGE CORPORATION
Court Claim Number:            22
Last Four of Loan Number:      1857 Orange St - PRE-ARREARS - 7853
Property Address if applicable:   1857 ORANGE STREET, , YORK, PA17404

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:                                   $8,707.00
b. Prepetition arrearages paid by the Trustee:                  $8,707.00
c. Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):                                    $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e. Allowed postpetition arrearage:                                      $2,892.21
f. Postpetition arrearages paid by the Trustee:                    $2,892.21
g. Total b, d, f:                                                                   $11,599.21

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2022  Respectfully submitted,

                                                               s/ Jack N. Zaharopoulos
                                                               Standing Chapter 13 Trustee
                                                               Suite A, 8125 Adams Drive
                                                               Hummelstown, PA 17036
                                                               Phone: (717) 566-6097
                                                               Fax: (717) 566-8313
                                                               eMail: info@pamd13trustee.com

Creditor Name: PHH MORTGAGE CORPORATION
Court Claim Number: 22

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1200751 | 04/11/2019 | $298.48 | $0.00 | $298.48 |
| 5200 | 1217647 | 05/06/2020 | $309.86 | $0.00 | $309.86 |
| 5200 | 1219648 | 07/07/2020 | $747.50 | $0.00 | $747.50 |
| 5200 | 1220688 | 08/12/2020 | $373.74 | $0.00 | $373.74 |
| 5200 | 1221747 | 09/17/2020 | $373.75 | $0.00 | $373.75 |
| 5200 | 1222741 | 10/15/2020 | $377.91 | $0.00 | $377.91 |
| 5200 | 1219648 | 10/22/2020 | $-747.50 | $0.00 | $-747.50 |
| 5200 | 1223552 | 11/03/2020 | $747.50 | $0.00 | $747.50 |
| 5200 | 1224517 | 12/10/2020 | $755.80 | $0.00 | $755.80 |
| 5200 | 1226301 | 01/19/2021 | $377.91 | $0.00 | $377.91 |
| 5200 | 1227320 | 02/17/2021 | $377.90 | $0.00 | $377.90 |
| 5200 | 1228337 | 03/17/2021 | $377.90 | $0.00 | $377.90 |
| 5200 | 1229347 | 04/15/2021 | $377.90 | $0.00 | $377.90 |
| 5200 | 2000729 | 05/18/2021 | $390.37 | $0.00 | $390.37 |
| 5200 | 2001731 | 06/16/2021 | $390.36 | $0.00 | $390.36 |
| 5200 | 2002707 | 07/14/2021 | $390.36 | $0.00 | $390.36 |
| 5200 | 2003779 | 08/18/2021 | $390.36 | $0.00 | $390.36 |
| 5200 | 2004780 | 09/14/2021 | $390.36 | $0.00 | $390.36 |
| 5200 | 2005826 | 10/14/2021 | $379.16 | $0.00 | $379.16 |
| 5200 | 2006856 | 11/16/2021 | $379.15 | $0.00 | $379.15 |
| 5200 | 2007877 | 12/15/2021 | $379.15 | $0.00 | $379.15 |
| 5200 | 2008891 | 01/19/2022 | $379.16 | $0.00 | $379.16 |
| 5200 | 2009862 | 02/16/2022 | $379.15 | $0.00 | $379.15 |
| 5200 | 2010853 | 03/16/2022 | $110.77 | $0.00 | $110.77 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WILLIAM DAVID HERMAN            Case No.: 1-17-00300-HWV
                                                               Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

GARY J. IMBLUM, ESQUIRE                       SERVED ELECTRONICALLY
4615 DERRY STREET
HARRISBURG PA, 17111-

PHH Mortgage Corporation                         SERVED BY 1ST CLASS MAIL
PO BOX 371458
PITTSBUGH, PA, 15250-7458

WILLIAM DAVID HERMAN                           SERVED BY 1ST CLASS MAIL
1857 ORANGE STREET
YORK, PA 17404

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2022                                   s/ Liz Joyce
                                                                          Jack N. Zaharopoulos
                                                                          Standing Chapter 13 Trustee
                                                                          Suite A, 8125 Adams Drive
                                                                          Hummelstown, PA 17036
                                                                          Phone: (717) 566-6097
                                                                          Fax: (717) 566-8313
                                                                          eMail: info@pamd13trustee.com