**Fill in this information to identify the case:**

Debtor 1    <u>WILLIAM DAVID HERMAN A/K/A BILL D. HERMAN</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>Pennsylvania</u>

Case number <u>1:17-bk-00300-HWV</u>

# Form 4100R
## Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** Wells Fargo Bank, National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM2 Mortgage Pass-Through Certificates, Series 2006-WM2

**Court claim no.** (if known): 15, 22

**Last 4 digits** of any number you use to identify the debtor's account: 7853

**Property address:** 1857 Orange St
Number Street
York, PA 17404
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: <u>04/01/2022</u>
                                                             MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
                                                             MM/DD/YYYY

| Debtor 1 | WILLIAM DAVID HERMAN A/K/A BILL D. HERMAN | Case number *(if known)* 1:17-bk-00300-HWV |
|---|---|---|
| | First   Middle   Last | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon
Signature

Date 04/13/2022

Print: Mario Hanyon
First Name   Middle Name   Last Name

Title: Attorney

Company: Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 8757 Red Oak Blvd., Suite 150
Number   Street

Charlotte, NC 28217
City   State   ZIP Code

Contact phone: 844-856-6646 x4560   Email: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br><br>WILLIAM DAVID HERMAN A/K/A BILL D. HERMAN | Case No. 1:17-bk-00300-HWV<br><br>Chapter 13 |
| Wells Fargo Bank, National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM2 Mortgage Pass-Through Certificates, Series 2006-WM2,<br><br>    Movant<br><br>vs.<br><br>WILLIAM DAVID HERMAN A/K/A BILL D. HERMAN,<br><br>    Debtor | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

WILLIAM DAVID HERMAN A/K/A BILL D. HERMAN
1857 ORANGE ST
YORK, PA 17404

GARY J IMBLUM, Debtor's Attorney
4615 DERRY ST
HARRISBURG, PA 17111

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee, US Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

April 13, 2022

          */s/Mario Hanyon*
          Andrew Spivack, PA Bar No. 84439
          Matt Fissel, PA Bar No. 314567
          Mario Hanyon, PA Bar No. 203993
          Ryan Starks, PA Bar No. 330002
          Jay Jones, PA Bar No. 86657
          Attorney for Creditor
          BROCK & SCOTT, PLLC
          8757 Red Oak Boulevard, Suite 150
          Charlotte, NC 28217
          Telephone: (844) 856-6646
          Facsimile: (704) 369-0760
          E-Mail: PABKR@brockandscott.com