United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 17-00300-HWV

William David Herman                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                           Page 1 of 2

Date Rcvd: Apr 27, 2022                    Form ID: nthrgreq                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

**Recip ID          Recipient Name and Address**
db                   + William David Herman, 1857 Orange Street, York, PA 17404-5225

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

**Name                          Email Address**

Andrew L Spivack

    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM2 Mortgage Pass-Through Certificates, Series 2006- WM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Gary J Imblum

    on behalf of Debtor 1 William David Herman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos (Trustee)

    TWecf@pamd13trustee.com

James Warmbrodt

    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

Joseph Angelo Dessoye

    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al pamb@fedphe.com

Mario J. Hanyon

on behalf of Creditor Wells Fargo Bank  National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM2 Mortgage Pass-Through Certificates, Series 2006- WM2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario John Hanyon

on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon

on behalf of Creditor Wells Fargo Bank  NA As Trustee For etal pamb@fedphe.com, mario.hanyon@brockandscott.com

Thomas Song

on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William David Herman
aka Bill D. Herman

**Debtor 1**

Chapter: 13

Case number: 1:17−bk−00300−HWV

Document Number: 83

Matter: Final Application for allowance of
compensation & expenses

| **Notice** |
| --- |

Notice is hereby given that:

This Bankruptcy Petition was filed on January 30, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
| --- | --- |
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 5/24/22** **Time: 09:35 AM** |

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 27, 2022 |

nthrgreq(02/19)