In re:  Case No. 17-00300-HWV

William David Herman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4

Date Rcvd: May 24, 2022     Form ID: 3180W     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William David Herman, 1857 Orange Street, York, PA 17404-5225 |
| 4877531 | + | Ameritox, LTD, PO Box 402166, Atlanta, GA 30384-2166 |
| 4877535 | + | Belden Jewelers/Sterling Jewelers, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 4877537 | ++++ | CENTRAL CREDIT SERVICES, LLC, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, LLC, 20 Corporate Hills Drive, Saint Charles, MO 63301 |
| 4877538 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive, Columbus, OH 43215 |
| 4877539 | + | Commonwealth of Pennsylvania, 45 North George Street, York, PA 17401-1240 |
| 4877540 | | First Premier, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 4877541 | + | HD/Mattress Warehouse, c/o Encore Receivables Management,, PO Box 3330, Olathe, KS 66063-3330 |
| 5440948 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 4877545 | | Met Ed, Post Office Box 3687, Akron, OH 44309-3687 |
| 4933185 | + | Met-Ed, FirstEnergy, 101 Crawford's Corner Rd, Bldg #1 Ste 1-511, Holmdel NJ 07733-1976 |
| 4877546 | + | Monarch Recovery Management, Inc., PO Box 21089, Philadelphia, PA 19114-0589 |
| 4877547 | + | New Insights II, Inc., 716 State Street, Lemoyne, PA 17043-1536 |
| 4877549 | + | Nissan Motor Acceptance Corp., PO Box 742657, Cincinnati, OH 45274-2657 |
| 4877550 | + | NorthStar Location Services, LLC, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 4877529 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4877552 | + | Propser Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 4877553 | | Regency Finance Company, 3868 Union Deposit Rd, Harrisburg, PA 17109-5919 |
| 4888515 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 4877558 | + | Synchrony Bank/Old Navy, c/o AlliedInterstate, PO Box 361445, Columbus, OH 43236-1445 |
| 4877560 | + | The York Water Company, Box 15089, 130 East Market Street, York, PA 17401-1219 |
| 4877564 | + | W.Y. Borough, c/o Santander Bank, PO Box 12907, Philadelphia, PA 19176-0907 |
| 4877566 | + | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 4877567 | + | York County Adult Probation, 45 North George Street, York, PA 17401-1240 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: DeftBkr@santander.us | May 24 2022 18:39:00 | Santander Bank, N.A., 450 Penn Street, PA-450-FB1, Reading, PA 19602-1011 |
| 4877530 | + | Email/Text: bankruptcydepartment@tsico.com | May 24 2022 18:39:00 | Alltran Financial, LP, PO Box 4043, Concord, CA 94524-4043 |
| 4893788 | | Email/PDF: bncnotices@becket-lee.com | May 24 2022 18:41:38 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4877532 | + | Email/PDF: bncnotices@becket-lee.com | May 24 2022 18:41:36 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 4877533 | + | EDI: APPLIEDBANK.COM | May 24 2022 22:38:00 | Applied Card Bank, PO Box 5165, 400 White Clay Center Dr, Newark, DE 19711-5468 |
| 4877534 | + | EDI: TSYS2 | May 24 2022 22:38:00 | Barclays Bank Delaware, 100 South West Street, Wilmington, DE 19801-5015 |
| 4877535 | ^ | MEBN | May 24 2022 18:36:00 | Belden Jewelers/Sterling Jewelers, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 4902112 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2022 18:41:36 | CACH, LLC, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 4877536 | + | EDI: CAPITALONE.COM | May 24 2022 22:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4919028 | + | Email/Text: bankruptcy@cavps.com | May 24 2022 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4877528 | | EDI: IRS.COM | May 24 2022 22:38:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4897618 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2022 18:41:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4928939 | + | Email/Text: bankruptcy@marinerfinance.com | May 24 2022 18:39:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4877543 | + | Email/Text: bankruptcy@marinerfinance.com | May 24 2022 18:39:00 | Mariner Finance, LLC, 8211 Town Center Dr, Baltimore, MD 21236-5904 |
| 4877544 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2022 18:41:32 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 4913408 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2022 18:39:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4881328 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 24 2022 18:39:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 4877548 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 24 2022 18:39:00 | Nissan Motor Acceptance Corp, Nmac/Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 4877550 | ^ | MEBN | May 24 2022 18:36:32 | NorthStar Location Services, LLC, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 4877551 | + | EDI: LCIPHHMRGT | May 24 2022 22:38:00 | Ocwen Loan Servicing Llc, Attn: Research Dept, 1661 Worthintong Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 5440949 | + | EDI: LCIPHHMRGT | May 24 2022 22:38:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 4930031 | | EDI: PRA.COM | May 24 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4924415 | + | EDI: JEFFERSONCAP.COM | May 24 2022 22:38:00 | Premier Bankard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4925775 | | EDI: Q3G.COM | May 24 2022 22:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4880716 | | EDI: Q3G.COM | May 24 2022 22:38:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4877556 | + | EDI: RMSC.COM | May 24 2022 22:38:00 | Syncb/HH Gregg, PO Box 965036, Orlando, FL 32896-5036 |
| 4877557 | + | EDI: RMSC.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 24 2022 22:38:00 | Synchrony Bank/Lowes, PO Box 965064, Orlando, FL 32896-5064 |
| 4877559 | + | EDI: RMSC.COM | May 24 2022 22:38:00 | Synchrony Bank/Walmart, PO Box 965064, Orlando, FL 32896-5064 |
| 4877562 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 24 2022 18:39:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 4877563 | + | EDI: CITICORP.COM | May 24 2022 22:38:00 | TRAC/CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4886765 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 24 2022 18:39:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5134964 | | Email/PDF: bncnotices@becket-lee.com | May 24 2022 18:41:39 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4877561 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 24 2022 18:39:00 | Toyota Motor Finance, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 4877565 | + | EDI: WFFC.COM | May 24 2022 22:38:00 | Wells Fargo Bank, Mac-F8235-02f, PO Box 10438, DesMoines, IA 50306-0438 |
| 4913411 | | EDI: WFFC.COM | May 24 2022 22:38:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 4927713 | | EDI: LCIPHHMRGT | May 24 2022 22:38:00 | Wells Fargo Bank, National Association, et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4877554 | | Santander Bank N.A., REMOVED PER ENTRY 12 |
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 4924469 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pennsylvania, PO Box 117, Columbus OH 43216 |
| 4877542 | ## | Lori Anne Slow, 186 Coventry at Waterford, York, PA 17402-9293 |
| 4877555 | ##+ | Scott Harper, Esquire, 1701 West Market Street, York, PA 17404-5465 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Wells Fargo Bank National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM2 Mortgage Pass-Through Certificates, Series 2006- WM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Gary J Imblum | on behalf of Debtor 1 William David Herman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Joseph Angelo Dessoye | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM2 Mortgage Pass-Through Certificates, Series 2006- WM2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Wells Fargo Bank NA As Trustee For etal pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William David Herman**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4513<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:17–bk–00300–HWV | | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William David Herman
aka Bill D. Herman

5/24/22

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W             **Chapter 13 Discharge**             page 2