| From: | USBankruptcyCourts@noticingcenter.com |
|---|---|
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: William David Herman, Case Number: 17-00300, HWV, Ref: [p-178240807] |
| Date: | Wednesday, May 25, 2022 12:41:16 PM |
| Attachments: | B_P117003003180W0382.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

May 26, 2022

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: William David Herman, Case Number 17-00300, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Ronald Reagan Federal Building**
**228 Walnut St, Rm 320**
**Harrisburg, PA 17101-1737**

---

Undeliverable Address:
Lori Anne Slow
186 Coventry at Waterford
York, PA 17402-9293

Role type/cr id: 4877542
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

can't find address

---

Undeliverable Address:
Santander Bank N.A.
REMOVED PER ENTRY 12

Role type/cr id: 4877554
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

address removed

Undeliverable Address:
Scott Harper, Esquire
1701 West Market Street
York, PA 17404

Role type/cr id: 4877555
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

5000 Ritter Road, Ste 202

Mechanicsburg, PA 17055

_____   05 / 26 / 2022
Signature of Debtor or Debtor's Attorney         Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**