| | |
|---|---|
| In re: | Case No. 17-00300-HWV |
| William David Herman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 09, 2022 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William David Herman, 1857 Orange Street, York, PA 17404-5225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Wells Fargo Bank National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM2 Mortgage Pass-Through Certificates, Series 2006- WM2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Gary J Imblum | on behalf of Debtor 1 William David Herman gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Joseph Angelo Dessoye | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al pamb@fedphe.com |

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM2 Mortgage Pass-Through Certificates, Series 2006- WM2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor Wells Fargo Bank NA As Trustee For etal pamb@fedphe.com, mario.hanyon@brockandscott.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| William David Herman, <br> aka Bill D. Herman, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:17−bk−00300−HWV |

Social Security No.:
xxx−xx−4513

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 9, 2022

**fnldec** (01/22)